Priority ——
Send ——
Enter ——
Closed ——
JS-5/JS-6 ✓
JS-2/JS-3 ——
Scan Only ——

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PEREZ, | Case No.  CV 11-1178-ODW (DTB) |
| Petitioner, vs. | **JUDGMENT** |
| TIM OCHOA, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED:  7-19-2012

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

1